United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEZBULLAH KAZIMI,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

Case No. 25-cv-06181-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 63

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Ahmed v. DHS*, Case No. 4:23-cv-01892.

**IT IS SO ORDERED.**

Dated: July 30, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**