UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HEZBULLAH KAZIMI,
    Plaintiff
v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY ("DHS"); ALEJANDRO MAYORKAS, in his official capacity as Secretary of DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); UR MENDOZA JADDOU, in his official capacity as Director of USCIS; TED H. KIM, in his official capacity as Associate Director of the Refugee, Asylum and Internation Operations Directorate at USCIS; and RON ROSENBERG, in his official capacity as Director of the USCIS Arlington Asylum Office,
    Defendants

Case No.: 4:25-cv-06181-JST

**ORDER**

AND NOW, on this ___2nd___ day of December, 2025, upon consideration of the foregoing Stipulation for Dismissal without prejudice, it is ORDERED that said Stipulation shall be and is hereby GRANTED.

The above-entitled action is hereby DISMISSED without prejudice to any party.

United States District Court

By: _____
Honorable JON S. TIGAR